914

No. 831. F. M. REEVES & SONS, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Scott Toothaker* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent. Reported below: —— F. 2d ——.

No. 807, Misc. COATES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Lawrence Speiser* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 900, Misc. KIEFER *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 911. RINALDI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 928, Misc. CATER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *W. Bradley Ward* for petitioner. *Stanley M. Schwarz* for respondent.

No. 930, Misc. NICOL *v.* NATIONAL SAVINGS & TRUST Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jessie P. Grandy* for petitioner.

No. 932, Misc. WILSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.